IN THE UNITED STATES DISTRICT COURT
Western District of Virginia

Cullen
District Judge
(Assigned by Clerk's Office)

Hoppe
Mag. Referral Judge
(Assigned by Clerk's Office)

CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE, VA
FILED

SEP 29 2023

LAURA A. AUSTIN, CLERK
BY: A Beeson
DEPUTY CLERK

CIVIL ACTION NO. 7:23CV627
(Assigned by Clerk's Office)

For use by Inmates filing a Complaint under

**CIVIL RIGHTS ACT, 42 U.S.C. §1983 or <u>BIVENS v. SIX UNKNOWN NAMED AGENTS OF FED. BUREAU OF NARCOTICS, 403 U.S.C. §388 (1971)</u>**

Richard J. Koonce III
Plaintiff Name

034305
Inmate No.

v.

Deidre Lowe, 13021 James Madison Hwy., Orange, Va. 22960
Defendant Name & Address

Major J. Hoffman, James Madison Hwy., Orange, Va. 22960
Defendant Name & Address

Lt. Col. Huffman, James Madison Hwy., Orange, Va. 22960
Defendant Name & Address

Superintendent F. Dyer III, 13021 James Madison Hwy., Orange, Va. 22960
Defendant Name & Address

_____
Defendant Name & Address

_____
Defendant Name & Address

**IF YOU NEED TO ADD MORE DEFENDANTS, USE A SEPARATE SHEET OF PAPER, AND PUT NAME AND ADDRESS FOR EACH NAMED DEFENDANT. TITLE THE SECOND PAGE "CONTINUED NAMED DEFENDANTS"**

***

A. <u>Where are you now?</u> Name <u>and</u> Address of Facility:

Central Virginia Regional Jail, 13021 James Madison Hwy. Orange, Va. 22960

B. Where did this action take place?

Central Va. Reg. Jail, Orange, Va.

C. Have you begun an action in state or federal court dealing with the same facts involved in this complaint?

____ Yes      X No

If your answer to A is Yes, answer the following:

1. Court: _____

2. Case Number: _____

D. Have you filed any grievances regarding the facts of this complaint?

X Yes      ____ No

1. If your answer is Yes, indicate the result:

By policy they only treat those with current prescriptions.

2. If your answer is No, indicate why:

E. Statement of Claim(s): State briefly the facts in this complaint. Describe what action(s) each defendant took in violation of your federal rights and include the relevant dates and places. **Do not give any legal arguments or cite any cases or statutes**. If necessary, you may attach additional page(s). Please write legibly.

Claim #1 – Supporting Facts – Briefly tell your story without citing cases or law:

I attempted to be treated for Substance Abuse Disorder. I denied by staff because I'm in active addiction & did not come to CVRJ with a current subscription for methadone/Suboxone.

Claim #2 – Supporting Facts – Briefly tell your story without citing cases or law:
(Additional Supporting Facts may be placed on a separate paper titled ADDITIONAL SUPPORTING FACTS)

There are inmates being treated only because they have a current subscription, however, I to struggle with addiction, it's unrealistic for an addict to come to jail with prescribtion in hand. Oftentimes, my experience has been to get clean in jail, go home, relapse, I've repeated this cycle for 30 years. Perhaps given treatment prior to returning to society, I'll have a fighting chance to live and not die to Substance Abuse Disorder, or from fentanyl poisoning.

F. State what relief you seek from the Court. Make no legal arguments and cite no cases or statutes.

Only fair opportunity to be treated for my deadly disease of addiction to opiods by evidence based treatment Methadone or Suboxone.

G. If this case goes to trial, do you request a trial by jury? Yes ✓  No ____

H. If I am released or transferred, I understand it is my responsibility to immediately notify the court in writing of any change of address after I have been released or transferred or my case may be dismissed.

DATED: 9/30/2023          SIGNATURE: R. Koonce

VERIFICATION:
I, Richard J. Koonce III _____, state that I am the plaintiff in this action, and I know the content of the above complaint; that it is true of my own knowledge, except as to those matters that are stated to be based on information and belief, and as to those matters, I believe them to be true. I further state that I believe the factual assertions are sufficient to support a claim of violation of constitutional rights. Further, I verify that I am aware of the provisions set forth in 28 U.S.C. §1915 that prohibit an inmate from filing a civil action or appeal, if the prisoner has, on three or more occasions, while incarcerated brought an action or appeal in federal court that is dismissed on the grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted, unless the prisoner is imminent danger of serious physical injury. I understand that if this complaint is dismissed on any of the above grounds, I may be prohibited from filing any future actions without the pre-payment of the filing fees. I declare under penalty of perjury the foregoing to be true and correct.

DATED: 9/30/2023          SIGNATURE: Richard J. Koonce III

Updated 9/9/22

Richard Koonce #034305
13021 James Madison Hwy
Orange, Va. 22960

Clerk,
210
R



United States District Court

Franklin Road, SW, Suite 540

Roanoke, Va. 24011-2208