CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
April 04, 2024
LAURA A. AUSTIN, CLERK
BY: s/A. Beeson
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| RICHARD J. KOONCE, III, | ) | |
| | ) | Civil Action No. 7:23cv00627 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM OPINION** |
| | ) | |
| DEIDRE LOWE, *et al.*, | ) | By:  Hon. Thomas T. Cullen |
| | ) | United States District Judge |
| Defendants. | ) | |

_____

Plaintiff Richard J. Koonce, III, proceeding *pro se,* filed this civil action under 42 U.S.C. § 1983. On January 22, 2024, the defendants filed a motion for summary judgment, and on January 23, 2024, the court issued a notice pursuant to *Roseboro v. Garrison*, 528 F.2d 309, 310 (4th Cir. 2005). (*See* ECF Nos. 21 & 23.) The *Roseboro* notice gave Koonce 21 days to file a response to the motion for summary judgment and advised him that, if he did not respond to the defendants' motion, the court would "assume that [he] has lost interest in the case, and/or that [he] agrees with what the Defendant[s] state[] in their responsive pleading[]." (ECF No. 23.) The notice further advised Koonce that, if he wished to continue with the case, it was "necessary that [he] respond in an appropriate fashion," and that if he failed to file a response to the motion within the time allotted, the court "may dismiss the case for failure to prosecute." (*Id.*)

To date, Koonce has not responded to the defendants' motion and, therefore, the court will dismiss this action without prejudice for failure to prosecute.

- 2 -

The Clerk shall send copies of this Memorandum Opinion and the accompanying Order to the parties.

**ENTERED** this 4th day of April, 2024.

*/s/ Thomas T. Cullen*
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE